FROM FAEGRE & BENSON MAY 16 01 12:44 No.005 P.03

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Kinzer,

Plaintiff,

vs.

Fabyanske, Westra & Hart,

Defendant.

Civil No. 00-855 (DWF/AJB)

**STIPULATION FOR EXTENSION OF TIME TO BRING NON-DISPOSITIVE MOTIONS**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Michael Kinzer and defendant Fabyanske, Westra & Hart, P.A., through their respective undersigned attorneys, that Fabyanske, Westra & Hart, P.A.'s time to bring a non-dispositive motion in this case is extended to the end of the day on May 16, 2001.

Dated: May 16, 2001

HEDIN & GOLDBERG, P.A.

Douglas A. Hedin, #43205
Daniel S. Goldberg, #207354

2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500

ATTORNEYS FOR MICHAEL KINZER

FILED MAY 17 2001
JUDGMENT
DEPUTY CLERK

05/16/01 WED 13:42 [TX/RX NO 6078]

Dated: May 16, 2001

FAEGRE & BENSON LLP

Jerry Snider, #102945
Holly M. Robbins, #260381

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR FABYANSKE, WESTRA & HART, P.A.

M1:752528.01

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Dated 5/17, 2001

BY THE COURT

Arthur J. Boylan
United States Magistrate Judge

M1:752528.01

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2685 (JRT/AJB)

------------------------------------

Duane D. Kunkel,

Plaintiff,

**PROPOSED ORDER**

vs.

Larry G. Massanari,
Commissioner of Social Security,

Defendant.

------------------------------------

The above matter came on before me on the Motion of the Plaintiff to Enlarge the Time in which to file a Motion for Summary Judgment with supporting Memorandum or otherwise plead in this action. The Court finds that good cause has been shown, and therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is granted and the Plaintiff shall have until the end of business on May 21, 2001, to file.

Dated: 5/17/01

A.J. BOYLAN
United States Magistrate Judge

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________