UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael J. Kinzer,

Plaintiff,

vs.

Fabyanske, Westra & Hart, P.A.,

Defendant.

Civil No. 00-855 (DWF/AJB)

STIPULATION TO PRODUCE DOCUMENTS AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between defendant Fabyanske, Westra & Hart, P.A. ("defendant") and plaintiff Michael Kinzer ("plaintiff") as follows:

1. Defendant shall produce all documents from the personnel file of Carrie Green related to Ms. Green's performance, any disciplinary action that may have been taken against her, the reasons she was not offered shareholder status, and any personnel problems she may have had, to the extent such documents exist.

2. The documents described in paragraph 1 shall be labeled "Confidential" and shall be subject to the Protective Order entered in this case on August 9, 2000.

Date: ______________, 2000

HEDIN & GOLDBERG, P.A.

Daniel S. Goldberg, #207354
Elizabeth A. Glidden, #238287
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500

Attorneys for plaintiff Michael J. Kinzer

FILED JUL 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Date: June 28, 2001

FAEGRE & BENSON LLP

Jerry W. Snider, #102945
Holly M. Robbins, #260381
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

Attorneys for defendant Fabyanske, Westra & Hart, P.A.

JUN 28 '01 12:33 No.004 P.04
(THU) 6. 28' 01 11:29/ST. 11:27/NO. 4862854278 P 5

**ORDER**

Based on the foregoing stipulation, **IT IS SO ORDERED**:

Dated: 7/2, 2001.

Magistrate Judge Arthur Boylan

M1:768023.01



RECEIVED JUN-28-01 13:33 FROM-6128711312 TO-FAEGRE AND BENSON PAGE 04