**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Michael J. Kinzer,

Plaintiff,

v.

Fabyanske, Westra & Hart, P.A.,

Defendant.

Civil No. 00-855 DWF/AJB

**ORDER ON DISCOVERY OF *IN CAMERA* MATERIALS**

This matter is now before the Court, Magistrate Judge Arthur J. Boylan, pursuant to previous Order dated July 2, 2001, wherein the Court ordered *in camera* submission of personal journal entries which had been disclosed but redacted to delete certain personal information relating to the plaintiff. Defendant seeks disclosure of the redacted material, asserting possible relevance to an emotional distress claim.

Based upon its *in camera* review of the redacted and the unredacted journal entries which are requested by defendant, **IT IS HEREBY ORDERED** that defendant's motion to compel is **denied** and disclosure of the redacted material is not required. The Court finds that the material which has been deleted from plaintiff's journal entries is personal and confidential and is not relevant to a claim for emotional distress to any other subject matter involved in this case. Furthermore, it does not appear to the Court that disclosure of the information at issue would lead to discovery of admissible evidence. Fed. R. Civ. P. 26(b)(1).

Dated: July 20, 2001

Arthur J. Boylan
United States Magistrate Judge

FILED JUL 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500