**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICHAEL JJ KINZER, Civil No. 00-855 (DWF/AJB)

Plaintiff,

v. **ORDER OF DISMISSAL**

FABYANSKE, WESTRA & HART, P.A.,

Defendant.

---

Douglas Hedin, Esq., Daniel Goldberg, Esq., and Elizabeth Glidden, Esq., Hedin & Goldberg, 2100 Stevens Avenue South, Minneapolis, MN 55404, counsel for Plaintiff.

Jerry Snider, Esq., and Holly Robbins, Esq., Faegre & Benson, 2200 Norwest Center, 90 South 7th Street, Minneapolis, MN 55402-3901, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 28, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 28 2001
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______